**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1211**

In re:  CATHERINE DENISE RANDOLPH,

Appellant.

**No. 17-1381**

In re:  CATHERINE DENISE RANDOLPH,

Appellant.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge.  (1:15-mc-00369)

Submitted:  May 23, 2017                                    Decided:  May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Catherine Denise Randolph, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders returning her complaints because they were not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
